UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THOMAS CANTORE and PENELOPE CANTORE,

                     Plaintiffs,                        **JUDGMENT**

       -against-                            19-CV-3879 (RRM) (PK)

NEW YORK CITY LAW DEPARTMENT, ZACHARY
W. CARTER, and MICHAEL A. CARDOZO,

                     Defendants.
-------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, Chief United States District Judge.

     An Order of the undersigned having been issued this day dismissing this action, it is hereby:

     ORDERED, ADJUDGED AND DECREED that plaintiffs take nothing of defendants and that all claims brought by plaintiffs in this action are dismissed.

                                                     SO ORDERED.

Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       September 28, 2020

                                                   _____
                                                   ROSLYNN R. MAUSKOPF
                                                   Chief United States District Judge